UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| YARITZA BOSCAN, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:22-cv-1509 |
| | ) | |
| v. | ) | |
| | ) | |
| KROGER LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF REMOVAL

Defendant Kroger Limited Partnership I (incorrectly named as "Kroger Limited Partnership"), by counsel, for its Notice of Removal, states the following:

1. On July 5, 2022, the Plaintiff filed his Complaint for Damages and Jury Trial Request against Defendant Kroger Limited Partnership I (incorrectly named as "Kroger Limited Partnership") in the Hamilton County Superior Court No. 4 of Indiana under Cause No. 29D04-2207-CT-004928, seeking to recover damages allegedly suffered as a result of Defendant's alleged negligence which allegedly occurred on or about August 23, 2021.

2. On July 8, 2022, the Defendant received a file-marked copy of Plaintiff's Complaint for Damages and Jury Demand (which included a Jury Demand in the body of the same) and Summons, from Corporation Service Company (CSC), Defendant's registered agent for service of process, CSC having received the Complaint and Summons by Certified Mail.

3. Defendant Kroger Limited Partnership I is an Ohio limited partnership with its principal place of business in the State of Ohio. Defendant Kroger Limited Partnership I's sole general partner is KRGP, LLC, which has its principal place of business in the State of Ohio. KRGP, LLC's officers and their respective states of residence are as follows: Christine S.

Wheatley – Ohio; Carin L. Fike – Ohio; Joseph W. Bradley – Ohio; Jacqueleen L. Cossey – Tennessee; John D. DeFrance – California; Stacey M. Heiser – Ohio; Nicholas G. Hodge – Ohio Rick J. Landrum – Ohio; Antonio L. Matthews – Ohio; Phillip B. Nelson – Tennessee; and Dorothy D. Roberts – Ohio. Defendant Kroger Limited Partnership I's sole limited partner is The Kroger Co. which is incorporated in, and has its principal place of business in, the State of Ohio. The Kroger Co. has no parent corporation and no publicly held corporation owns 10% or more of The Kroger Co.'s stock.

4. While the Plaintiff's Complaint for Damages does not make any representations regarding the Plaintiff's 'state citizenship,' on July 27, 2022, the Plaintiff's counsel verified that the Plaintiff is a citizen of the State of Indiana inasmuch as she (Plaintiff) is a legal resident and it is her present intent to remain in Indiana indefinitely. Accordingly, the parties' citizenship is diverse in the present case.

5. Additionally, the Defendant certifies that to the best of its information and belief, the amount in controversy in the present case exceeds $75,000.00, exclusive of interest and costs. Plaintiff alleges in her Complaint for Damages that on or about August 23, 2021 she was shopping at the Kroger store which is located at 11700 Olio Road, Fishers, Hamilton County, Indiana, when she "slipped and fell on [an] accumulation of water and soap, causing the Plaintiff injury." ***Complaint for Damages and Jury Trial Request,*** p. 1, ¶¶ 1, 4-5. The Plaintiff further states that as a result of her alleged fall she sustained "personal injuries, [she experienced] pain and suffering with those injuries, loss of enjoyment of life and pain in restriction of his daily activities and [that she may experience] pain and suffering, loss of enjoyment of life and pain in restriction of his activities of daily living in the future[,]" she incurred lost wages, and her earning capacity may be impaired. ***Id.*** at 2, ¶¶ 6-8.

6.      While the Plaintiff's Complaint for Damages is silent with regard to the amount in controversy and the Defendant's counsel has not yet received responses to its recently-served discovery requests, the Plaintiff's medical records, received by Defendant's third-party administrator prior to the undersigned entering his appearance for the Defendant, indicate that as a result of her alleged fall the Plaintiff sustained (or claimed to have sustained) injuries to her back, left knee and right shoulder and that she was experiencing pain which worsened with movement and ambulation. The Plaintiff's medical records also describe moderate to severe right foraminal stenosis at L5-S1 with likely impingement of the exiting right L5 root and a slight right disc bulge or protrusion at L5-S1 with possibly descending nerve roots, shallow disc protrusions at L3-4 and L4-5, although it is unclear at this juncture whether one or more of the Plaintiff's medical providers found the same to have been caused by Plaintiffs' alleged fall. The Plaintiff's billed medical expenses are/were approximately $18,351.09, and the Plaintiff's wage loss is claimed to be in excess of $6,080.00. On April 26, 2022, the Plaintiff's counsel made a pre-suit demand of $105,000.00, reducing the same to $95,000.00 in response to Defendant's initial pre-suit offer. The Plaintiff's counsel did not further reduce his demand and instead filed suit.

7.      This notice of removal is being filed within thirty (30) days after the Plaintiff's Complaint for Damages was served on the Defendant. See 28 U.S.C. 1446(b)(1) and F.R.C.P. Rules 81(c) and 6(e).

8.      Furthermore, this action does not arise under the worker's compensation laws of any state; is not brought against a common carrier or railroad or the receivers or trustees; does not arise under 45 U.S.C. §§ 51-60; and therefore, this cause is removable to this Court pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441 (a).

9. Copies of all process, pleadings and orders served upon this Defendant and filed in the state court action are attached hereto, specifically Plaintiff's counsel's Appearance, Plaintiff's Complaint for Damages and Jury Trial Request, Summons, Certificate of Issuance of Summons, Notice of Service of Process, Defendant's counsel's Appearance, Plaintiff's Praecipe for Pretrial Conference and Trial Date, Order of July 22, 2022 Setting Pretrial Conference (for August 22, 2022), and the Defendant's Notice of Removal to Adverse Party and State Court Clerk.

10. Written notice of the removal of the above-captioned cases was given on July 29, 2022 to all adverse parties.

11. Contemporaneously herewith, written notice is being provided to the Clerk of the Hamilton County Courts that this Notice of Removal is being filed with this Court.

WHEREFORE, Defendant Kroger Limited Partnership I files this Notice of Removal so that the entire state court action under 29D04-2207-CT-004928, now pending in the Hamilton County Superior Court No. 4, shall be removed to this Court for all further proceedings.

      Respectfully submitted.

      By: /s/ Donald B. Kite, Sr.
        Donald B. Kite, Sr., #11601-41
        Attorney for Defendant
        Kroger Limited Partnership I

**CERTIFICATE OF SERVICE**

I hereby certify that on 29th day of July, 2022, a true and correct copy of this document was filed electronically. Notice of this filing will be sent to the following by operation of the Court's CM/ECF system:

Timothy A. Rowe, #6554-49
ROWE & HAMILTON
101 West Ohio St., Suite 1701
Indianapolis IN 46204
trowelaw@aol.com

/s/ Donald B. Kite, Sr.
Donald B. Kite, Sr.

ATTORNEY AT LAW
8082 Stafford Lane
Indianapolis, IN 46260